1  Janice P. Brown, Esq. (SBN: 114433)
   jbrown@meyersnave.com
2  Arlene R. Yang, Esq. (SBN: 297450)
   ayang@meyersnave.com
3  Matthew B. Nazareth, Esq. (SBN: 278405)
   mnazareth@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   707 Wilshire Blvd., 24th Floor
5  Los Angeles, California 90017
   Telephone: (213) 626-2906
6  Facsimile: (213) 626-0215

7  (additional counsel on signature page)

8  Attorneys for Defendant
   *Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN VIDEO DUPLICATING, INC., a California corporation, TUSH LAW LTD., a California limited partnership, and KENNETH M. HAHN, a sole proprietor, DBA CAL STATE FINANCIAL, individually and on behalf of a class of similarly situated businesses and individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., U.S. BANK, N.A., JPMORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., LIVE OAK BANKING COMPANY, HARVEST SMALL BUSINESS FINANCE,<br><br>Defendants. | Case No. 2:20-cv-03815-ODW-AGR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Otis D. Wright II<br>Court:  Courtroom 5D<br>         First Street Courthouse<br>         350 W. 1st Street<br>         Los Angeles, CA 90012 |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs American Video Duplicating, Inc., Tush Law LTD., and Kenneth M. Hahn, DBA Cal State Financial, and Defendants Citibank, N.A., U.S. Bank National Association, JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., Bank of America, N.A., Live Oak Banking Company, and Harvest Small Business Finance, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims against all Defendants in this civil action.  Each party shall bear its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated:   February 2, 2021

**MEYERS, NAVE, RIBACK, SILVER & WILSON**

*/s/ Matthew B. Nazareth*
Janice P. Brown (SBN 114433)
Arlene R. Yang (SBN 297450)
Matthew B. Nazareth (SBN 278405)
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215
jbrown@meyersnave.com
ayang@meyersnave.com
mnazareth@meyersnave.com

**WILLIAMS & CONNOLLY LLP**
Enu A. Mainigi (pro hac vice)
Kenneth C. Smurzynski (pro hac vice)
Craig D. Singer (pro hac vice)
Jesse T. Smallwood (pro hac vice)
725 12th Street, N.W.
Washington, D.C. 20005
Tel. 202-434-5000
Fax 202-434-5029
emainigi@wc.com
ksmurzynski@wc.com
csinger@wc.com
jsmallwood@wc.com

Attorneys for Defendant
*Bank of America, N.A.*

**GERAGOS & GERAGOS, PC**

*/s/ Michael E. Adler*
Mark J. Geragos (SBN 108325)
Ben J. Meiselas (SBN 277412)
Matthew M. Hoesly (SBN 289593)
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone: (213) 625-3900
Facsimile: (213) 232-3255
mark@geragos.com
ben@geragos.com
mhoesly@geragos.com

**GRAYLAW GROUP, INC.**
Michael E. Adler, Esq. (pro hac vice)
26500 Agoura Road, #102-127
Calabasas, CA  91302
Telephone:  (818) 532-2833
Facsimile:  (818) 532-2834
meadler@graylawinc.com

**DHILLON LAW GROUP INC.**
Harmeet K. Dhillon, Esq. (pro hac vice)
Nitoj P. Singh, Esq. (pro hac vice)
177 Post St., Suite 700
San Francisco, CA  94108
Telephone:  (415) 433-1700
Facsimile:  (415 520-6593
harmeet@dhillonlaw.com
nsingh@dhillonlaw.com

*Attorneys for Plaintiffs*

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, California  94303
Telephone: (650) 461-5600
Facsimile:  (650) 461-5700

David Carlyle Powell (SBN 129781)
(dpowell@mcguirewoods.com)
Carolee Anne Hoover (SBN 282018)
(choover@mcguirewoods.com)
Jamie Danielle Wells (SBN 290827)
(jwells@mcguirewoods.com)
**MCGUIREWOODS LLP**
Two Embarcadero Center, Suite 1300
San Francisco, California 94111
Telephone:  (415) 844-9944
Facsimile:   (415) 844-9922

*Attorneys for Defendant Wells Fargo Bank, N.A.*

| | |
|---|---|
| 1 | */s/ Bronwyn F. Pollock* |
| 2 | Bronwyn F. Pollock (SBN 210912) |
|   | (bpollock@mayerbrown.com) |
| 3 | **MAYER BROWN LLP** |
| 4 | 350 South Grand Ave., 25th Floor |
|   | Los Angeles, California  90071 |
| 5 | Telephone:   (213) 229-9500 |
| 6 | Facsimile:    (213) 625-0248 |
| 7 | Lucia Nale (*pro hac vice*) |
|   | (lnale@mayerbrown.com) |
| 8 | Thomas V. Panoff (*pro hac vice*) |
| 9 | (tpanoff@mayerbrown.com) |
|   | Christopher S. Comstock (*pro hac vice*) |
| 10 | (ccomstock@mayerbrown.com) |
| 11 | Andrew J. Spadafora (*pro hac vice*) |
|   | (aspadafora@mayerbrown.com) |
| 12 | **MAYER BROWN LLP** |
| 13 | 71 South Wacker Drive |
|   | Chicago, Illinois  60606 |
| 14 | Telephone:   (312) 701-7074 |
| 15 | Facsimile:    (312) 706-8663 |
| 16 | |
| 17 | *Attorneys for Defendant Citibank, N.A.* |
| 18 | */s/ J. Warren Rissier* |
|   | J. Warren Rissier, Bar No. 197939 |
| 19 | (warren.rissier@morganlewis.com) |
| 20 | Megan A. Suehiro, Bar No. 316104 |
|   | (megan.suehiro@morganlewis.com) |
| 21 | Brianna R. Howard, Bar No. 314642 |
| 22 | (brianna.howard@morganlewis.com) |
|   | **MORGAN, LEWIS & BOCKIUS LLP** |
| 23 | 300 South Grand Avenue |
| 24 | Twenty-Second Floor |
|   | Los Angeles, CA  90071-3132 |
| 25 | Tel:   +1.213.612.2500 |
| 26 | Fax:   +1.213.612.2501 |
| 27 | |
| 28 | Michael S. Kraut, *pro hac vice* |
|   | (michael.kraut@morganlewis.com) |

|   |   |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | 101 Park Avenue<br>New York, NY  10178-0060 |
| 3 | Tel:   +1.212.309.6000 |
| 4 | Fax:  +1.212.309.6001 |
| 5 | *Attorneys for Defendant U.S. Bank National Association* |
| 6 |  |
| 7 | */s/ Robert J. Herrington*                                          |
| 8 | Robert J. Herrington (SBN 234417)<br>(herringtonr@gtlaw.com) |
| 9 | **GREENBERG TRAURIG, LLP** |
| 10 | 1840 Century Park East, 19th Floor<br>Los Angeles, CA  90067 |
| 11 | Telephone:  (310) 586-7800 |
| 12 | Facsimile:  (310) 586-7700 |
| 13 | *Attorneys for Defendant JPMorgan Chase Bank, N.A.* |
| 14 |  |
| 15 | */s/ Kevin M. Lally*                                                  |
| 16 | Kevin M. Lally, SBN 226402<br>(klally@mcguirewoods.com) |
| 17 | **McGUIREWOODS LLP** |
| 18 | 355 South Grand Avenue, Suite 4200<br>Los Angeles, CA 90007 |
| 19 | Telephone:  (213) 457-9862 |
| 20 | Facsimile:   (213) 457-9882 |
| 21 | Henry L. Kitchin, Jr., *pro hac vice* |
| 22 | (hkitchin@mcguirewoods.com)<br>**McGUIREWOODS LLP** |
| 23 | 300 North Third Street, Suite 320 |
| 24 | Wilmington, North Carolina 28401<br>Telephone:  (910) 254-3800 |
| 25 | Facsimile:   (910) 254-3823 |
| 26 |  |
| 27 | *Attorneys for Defendant Live Oak Banking Company* |
| 28 |  |

| | |
|---|---|
| 1 | <u>*/s/ Nina Huerta*</u> |
| 2 | Nina Huerta, Bar No. 229070 |
|   | nhuerta@lockelord.com |
| 3 | **LOCKE LORD LLP** |
| 4 | 300 S. Grand Avenue, Suite 2600 |
|   | Los Angeles, CA  90071 |
| 5 | Telephone: (213) 485-1500 |
| 6 | Fax: (213) 485-1200 |
| 7 | Casey B. Howard, *pro hac vice* |
| 8 | *forthcoming* |
|   | (choward@lockelord.com) |
| 9 | Andrew Braunstein, *pro hac vice* |
| 10 | *forthcoming* |
|   | (andrew.braunstein@lockelord.com) |
| 11 | **LOCKE LORD LLP** |
| 12 | Brookfield Place |
|   | 200 Vesey Street, 20th Floor |
| 13 | New York, NY  10281-2 |
| 14 | Telephone: (212) 415-8600 |
|   | Fax: (212) 303-2754 |
| 15 | |
| 16 | *Attorneys for Defendant Harvest Small Business Finance, LLC* |

# **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew B. Nazareth*
Matthew B. Nazareth

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of February, 2021, true and correct copies of **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed with the Court and served on all parties to this action via the CM/ECF.

/s/ *Matthew B. Nazareth*
Matthew B. Nazareth