JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:20-cv-03815-ODW (AGRx) | Date | February 4, 2021 |
| Title | *American Video Duplicating Inc. et al v. Citigroup Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

Pursuant to the parties' stipulation (ECF No. 137) and FRCP 41(a)(1), **IT IS HEREBY ORDERED** that:

1. Defendants' pending Motion to Dismiss the Second Amended Complaint (ECF No. 133) is **DENIED** as moot;

2. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own fees and costs; and

4. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                          :   00
                                                        Initials of Preparer   SE